UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CIV. S-06-194 LKK/GGH |
| Plaintiff, | |
| v. | O R D E R |
| I.P. PACIFIC TIMBERLANDS, INC., | |
| Defendant. _____/ | |

   Plaintiff, United States of America, filed this action against defendant, I.P. Pacific Timberlands, Inc., to quiet title to certain real property located in Siskiyou County, California.

   It is hereby ORDERED and DECREED that:

   1.  The stipulation to quiet title dated December 20, 2005, is hereby APPROVED;

   2.  The parties are authorized and ordered to carry out the stipulation to quiet title;

////

1

1    3.  This court shall retain jurisdiction to enforce and
2 interpret the terms of the stipulation to quiet title; and
3    4.  The Clerk is directed to ENTER JUDGMENT accordingly.
4    IT IS SO ORDERED.
5    DATED: March 10, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2